UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:22-CR-50-1FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| TREYVON LADONTE PAGE | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2018, the exact date being unknown to the Grand Jury, and continuing up to and including on or about August 18, 2022, in the Eastern District of North Carolina, and elsewhere, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a quantity of methamphetamine, a quantity of cocaine, and a quantity of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about February 22, 2022, in the Eastern District of North Carolina, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally distribute a quantity of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about June 7, 2022, in the Eastern District of North Carolina, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about June 21, 2022, in the Eastern District of North Carolina, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about July 1, 2022, in the Eastern District of North Carolina, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about July 19, 2022, in the Eastern District of North Carolina, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about August 9, 2022, in the Eastern District of North Carolina, the defendant, TREYVON LADONTE PAGE, did knowingly and intentionally distribute a quantity of methamphetamine and a quantity of cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, TREYVON LADONTE PAGE, committed the violations alleged in Counts One through Seven after one prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the

United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

[signature redacted]

FOREPERSON

DATE: 8/23/2022

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

MICHAEL F. EASLEY, JR.
United States Attorney

*[signature]*

BY: TYLER LEMONS
Assistant United States Attorney