UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-50-1FL-KS

| | |
|---|---|
| IN RE: | ) |
| | ) ORDER |
| SEVEN COUNT INDICTMENT | ) ~~MOTION~~ TO SEAL |
| PRESENTED ON AUGUST 23, 2022 (T.L.P.) | ) INDICTMENT |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on August 23, 2022, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney, the Federal Bureau of Investigation, and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment when the defendant is apprehended or upon motion of the United States Attorney, whichever event occurs first.

This the 23 day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*FILED IN OPEN COURT ON 8-23-2022 BC*
*Peter A. Moore, Jr., Clerk*
*US District Court*
*Eastern District of NC*