

U. S. Department of Justice

United States Attorney
Eastern District of North Carolina

Wells Fargo Building  Telephone (919) 856-4530
150 Fayetteville Street  Criminal FAX (919) 856-4487
Suite 2100  Civil FAX (919) 856-4821
Raleigh, North Carolina 27601  www.usdoj.gov/usao/nce

**DATE:** August 23, 2022

**TO:** Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

**REPLY TO:** Michael F. Easley, Jr.
United States Attorney

**ATTN OF:** N. Tyler Lemons  *NTL*
Assistant United States Attorney

**SUBJECT:** *United States v. Treyvon Ladonte Page*
Crim. No.: __4:22-CR-50-1FL-KS__ - Eastern Division

Please issue an arrest warrant for the above-named Defendant(s) and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant(s) should be returnable before a U.S. Magistrate Judge.

cc:  US Marshal Service
US Probation Office