# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 9-21-22
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:22-CR-50-1FL |
| TREYVON D. PAGE ) | |
| ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: US Courthouse Annex<br>215 S. Evans Street, Greenville, NC | Courtroom No.: 1st Floor Courtroom |
| | Date and Time: 9/26/22 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/21/2022

_____
*Judge's signature*

HONORABLE KIMBERLY A. SWANK, USMJ
*Printed name and title*