UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-0050-FL-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREYVON LADONTE PAGE | NOTICE OF APPEARANCE |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

Nathaniel T Lemons
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4915
Email: tyler.lemons@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on September 22, 2022, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 22nd day of September, 2022.

    G. ALAN DuBOIS
    Federal Public Defender

    /s/ Jean-Paul E. Jacquet-Freese
    JEAN-PAUL E. JACQUET-FREESE
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    150 Fayetteville Street, Suite 450
    Raleigh, North Carolina 27601
    Telephone: 919-856-4236
    Fax: 919-856-4477
    E-mail: Jean-Paul_Jacquet-Freese@fd.org
    NC State Bar No. 57581
    DC Bar No. 1619210
    LR 57.1 Counsel Appointed