AO 442 (Rev. 12/85) Warrant for Arrest 

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

V.

TREYVON LADONTE PAGE


RECEIVED AUG 25 2022
U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 4:22-CR-50-1FL-KS

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**TREYVON LADONTE PAGE** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to distribute and possess with intent to distribute a quantity of methamphetamine, quantity of cocaine, and quantity of fentanyl

Count 2 - 21 U.S.C. § 841(a)(1): Distribution of a quantity of fentanyl

Counts 3-6 - 21 U.S.C. § 841(a)(1): Distribution of a quantity of cocaine

Count 7 - 21 U.S.C. § 841(a)(1): Distribution of a quantity of methamphetamine and cocaine

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

August 23, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at FBI- Greenville, NC |

| DATE RECEIVED 08/25/2022 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING FBI/FBI |
|---|---|---|
| DATE OF ARREST 09/21/2022 | W. Braxton SDUSM | |

**FILED**

SEP 22 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK