UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-00050-1FL-KS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| TREYVON LADONTE PAGE | |

This matter comes before the court on Defendant's unopposed motion to extend the pretrial motions deadline and to continue the arraignment and trial. For good cause shown, the motion is GRANTED. Defendant shall be allowed until December 27, 2022 to file pretrial motions, and the Government shall file any responses to pretrial motions by January 10, 2023. Defendant's arraignment is continued until that term of criminal court commencing on February 14, 2023.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this the 24th day of October, 2022.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE