UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:22-CR-50-FL-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>) <br>V. )<br>)<br>TREYVON LADONTE PAGE )<br>)<br>Defendant. ) | **NOTICE OF APPEARANCE**<br>Local Rule 44.1 |

Pursuant to Local Rule 44.1, the undersigned attorney hereby notifies this Honorable Court that said attorney has been appointed to represent the above named defendant in this criminal case.

Respectfully submitted this 11th day of January, 2023.

/s/ Michael C. Fitzpatrick
Michael C. Fitzpatrick
Attorney for Defendant
The Fitzpatrick Law Firm
200 E. 4th Street
Greenville, NC 27858
mike@fitzlawgreenville.com
252-689-6699
252-565-0560 (fax)
NC State Bar No. 42246

CERTIFICATE OF SERVICE

       This is to certify that I am, and was at all times hereinafter mentioned, more than eighteen (18) years of age, that on the 11th day of January, 2023, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

                Nathaniel T. Lemons
                Assistant United States Attorney
                United States Attorney's Office
                150 Fayetteville Street, Suite 2100
                Raleigh, NC  27601

This the 11th day of January, 2023.

                /s/ Michael C. Fitzpatrick
                Michael C. Fitzpatrick
                Attorney for Defendant
                The Fitzpatrick Law Firm
                200 E. 4th Street
                Greenville, NC 27858
                mike@fitzlawgreenville.com
                252-689-6699
                252-565-0560 (fax)
                NC State Bar No. 42246